## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Santander Consumer USA, Inc. v. County of Suffolk      Docket No.: 29-1059

Lead Counsel of Record (name/firm) or Pro se Party (name): Mark A. Radi, Sokoloff Stern LLP

Appearance for (party/designation): Defendants/Appellees

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect.  The following parties do not wish to participate in this appeal:
Parties: _____
[ ] Incorrect.  Please change the following parties' designations:
Party             Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:_____
Firm:_____
Address:_____
Telephone:_____  Fax:_____
Email:_____

## RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously.  The short title, docket number, and citation are:_____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
April 24, 2026 _____ OR that [ ] I applied for admission on_____ or renewal on
_____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: _Mark Radi_____
Type or Print Name: Mark A. Radi
      OR
Signature of pro se litigant: _____
Type or Print Name:_____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.

## ADDENDUM A TO ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

**Instructions:** This addendum must be (1) completed by counsel whom the Court has not yet admitted or approved for renewed admission, (2) submitted electronically as a separate attachment when filing the Acknowledgment and Notice of Appearance (use the multiple attachments option when filing the Acknowledgment and Notice of Appearance) with client personal contact information redacted, and (3) submitted in unredacted form in accordance with the procedures outlined in Local Rule 25.2(c) and (d). If counsel represents multiple parties in the same appeal for which the Acknowledgment and Notice of Appearance is being filed, the attorney must separately list each client and provide the client's personal contact information. Attach additional pages as necessary.

**Case Information:**

Short Title: Santander Consumer USA, Inc. v. County of Suffolk          Docket Number:_____

**Personal Contact Information:**

Client 1:

Name:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

Client 2:

Name:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

Client 3:

Name:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

Client 4:

Name:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

Client 5:

Name:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____