

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

MARK A. RADI
MRADI@SOKOLOFFSTERN.COM

August 5, 2026

**<u>Via ECF</u>**
Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

      Re:  *Santander Consumer USA, Inc., et al. v. County of Suffolk,*
         *et al.*
         Docket No. 26-1059

Dear Ms. Wolfe:

  This firm represents the Appellees in this appeal.  Pursuant to Local Rule 31.2(a)(1)(B), Appellees request a deadline of November 3, 2026 to file their opposition brief, which is 91 days after the filing of appellants' brief on August 4, 2026.

  Thank you for your consideration of this matter.

         Respectfully submitted,

         SOKOLOFF STERN LLP

         MARK A. RADI

cc:  All counsel (via ECF)

LONG ISLAND  ▪  HUDSON VALLEY